# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 11, 2024

Mr. Conor T. Fitzpatrick
Foundation for Individual Rights in Education
General Counsel
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Re: Case No. 24-1769, *B.A., et al v. Tri County Area Schools, et al*
Originating Case No. 1:23-cv--00423

Dear Counsel,

This appeal has been docketed as case number **24-1769** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **September 25, 2024September 25, 2024**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc: Ms. Annabel Frances Shea

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 24-1769**

B.A., mother of minors D.A. and X.A.; D.A., a minor, by and through his mother, B.A.; X.A., a minor, by and through his mother, B.A.

       Plaintiffs - Appellants

v.

TRI COUNTY AREA SCHOOLS; ANDREW BUIKEMA, in his individual capacity; WENDY BRADFORD, in her individual capacity

       Defendants - Appellees