UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-1769**

Case Title: **B.A., mother of minor, D.A., et al** vs. **Tri-County Area Schools**

List all clients you represent in this appeal:

**TRI COUNTY AREA SCHOOLS**
**ANDREW BUIKEMA**
**WENDY BRADFORD**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Timothy J. Mullins**  Signature: s/ **Timothy J. Mullins**

Firm Name: **Giarmarco, Mullins & Horton, P.C.**

Business Address: **101 W. Big Beaver, 10th Floor**

City/State/Zip: **Troy, MI 48084**

Telephone Number (Area Code): **248-457-7020**

Email Address: **tmullins@gmhlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17