CASE NO. 24-1769

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

B.A., mother of minors D.A. and X.A.;

D.A., a minor, by and through his mother, B.A.;

X.A., a minor, by and through his mother, B.A.,

*Plaintiffs-Appellants*,

v.

TRI COUNTY AREA SCHOOLS;

ANDREW BUIKEMA, in his individual capacity;

WENDY BRADFORD, in her individual capacity,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Western District Of Michigan
Case No. 1:23-Cv-00423

**MOTION FOR LEAVE TO FILE *AMICUS* BRIEF OF DHILLON LAW GROUP, INC., YOUNG AMERICA'S FOUNDATION, AND HAMILTON LINCOLN LAW INSTITUTE IN SUPPORT OF PLAINTIFFS-APPELLANTS**

KRISTA L. BAUGHMAN, ESQ.
ANTHONY J. FUSARO, JR., ESQ.
DHILLON LAW GROUP INC.
177 Post St., Suite 700
San Francisco, CA 94108
(415) 433-1700
*Counsel for Dhillon Law Group Amicus*

Pursuant to Federal Rule of Appellate Procedure 29(a), *amici curiae* Dhillon Law Group, Inc., Young America's Foundation, and Hamilton Lincoln Law Institute (collectively, "Amici Curiae") move this Court for leave to file an *amicus* brief supporting the appeal of Plaintiffs-Appellants B.A., D.A., and X.A. ("Appellants"), which seeks reversal of the order by the United States District Court for the Western District of Michigan granting the motion of Defendants-Appellees Tri County Area Schools, Andrew Buikema, and Wendy Bradford ("Appellees") for summary judgment.

1. Dhillon Law Group, Inc., is a law firm that regularly practices in the area of First Amendment law. It frequently represents individuals bringing First Amendment claims based on the suppression of speech by schools, public employers, or other governmental entities.

2. Young America's Foundation (YAF) is a nonprofit organization whose mission is to educate and inspire young Americans from middle school through college with the ideas of individual freedom, a strong national defense, free enterprise, and traditional values. YAF fulfills its mission through student-led campus chapters and individual membership. YAF members engage in campus activism and host guest speakers, often facing penalties and bans by school officials who label their speech as political, hateful, or otherwise problematic.

3. Hamilton Lincoln Law Institute is a public interest organization dedicated to protecting free markets, free speech, limited government, and separation of powers against regulatory abuse and rent-seeking. *See, e.g., Stock v. Gray*, 2023 WL 2601218, 2023 U.S. Dist. LEXIS 48300 (W.D. Mo. Mar. 22, 2023) (preliminarily enjoining enforcement of law that restricts pharmacist speech based on viewpoint); *Greenberg v. Haggerty*, 491 F. Supp. 3d 12 (E.D. Pa. 2020) (same; attorney speech).

4. Amici Curiae share an interest in ensuring that the First Amendment is interpreted and applied in accordance with Supreme Court precedent and in safeguarding all Americans' right to freedom of political expression. To that end, Amici Curiae regularly file amicus briefs in cases, like this one, that raise First Amendment issues or threaten to erode Americans' right to political expression.

5. Amici Curiae seek leave to file an amicus brief to address the district court's erroneous application of the First Amendment standard governing political expression by students in public schools. Specifically, the proposed brief contends that the district court improperly analyzed Appellants' "Let's Go Brandon" apparel under the standard for lewd or offensive speech established in *Fraser*, rather than the standard for political expression established in *Tinker*. *See D.A. by & through B.A. v. Tri Cnty. Area Sch.*, No. 1:23-CV-423, 2024 WL 3924723, at *7-12 (W.D. Mich. Aug. 23, 2024); *Bethel Sch. Dist. No. 403 v. Fraser*, 478 U.S. 675, 685 (1986);

*Tinker v. Des Moines Indep. Cmty. Sch. Dist.*, 393 U.S. 503, 509 (1969). The brief argues that an affirmance of the district court's flawed analysis would erode the First Amendment right of students to engage in political expression, a right that has been firmly established for over half a century. *See Tinker*, 393 U.S. at 509.

6. The proposed amicus brief underscores the heightened protection afforded to political speech by *Tinker* and its progeny. It then explains that, under this Circuit's precedent, courts must first address the threshold issue of whether the speech at issue constitutes political expression. This determination, in turn, dictates whether to apply the analytical framework of either *Tinker* or *Fraser*. *See Defoe ex rel. Defoe v. Spiva*, 625 F.3d 324, 332 (6th Cir. 2010); *Boroff v. Van Wert City Bd. of Educ.*, 220 F.3d 465 (6th Cir. 2000). Finally, the proposed brief details how the district court departed from this framework, leading to a flawed analysis that resulted in an incorrect holding which warrants reversal on appeal.

7. Appellees have denied Amicus Curiae's request for consent to file this amicus brief.

8. Amicus Curiae respectfully request that this Court grant their motion to file an amicus brief under Federal Rule of Appellate Procedure 29(a).

Dated: December 10, 2024  
       Newark, NJ

Respectfully submitted,

DHILLON LAW GROUP, INC.

By: */s/ Krista L. Baughman*
    Krista L. Baughman, Esq.
    Anthony J. Fusaro, Jr., Esq.
    Dhillon Law Group Inc.
    177 Post St., Suite 700
    San Francisco, CA 94108
    (415) 433-1700

    *Counsel for Dhillon Law Group Amicus*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on December 10, 2024.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

CONOR T. FITZPATRICK
  *Counsel of Record*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

SARA E. BERINHOUT
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
sara.berinhout@thefire.org
*Counsel for Appellants*

ANNABEL F. SHEA
  COUNSEL OF RECORD
TIMOTH J. MULLINS
  COUNSEL OF RECORD
KENNETH B. CHAPIE
  COUNSEL OF RECORD
GIARMARCO, MULLINS & HORTON, P.C.
101 WEST BIG BEAVER RD.
TROY, MI 48084
(248) 457-7000
ashea@ghmlaw.com
tmullins@gmhlaw.com
kchapie@gmhlaw.com
*Counsel for Defendants-Appellees*

Dated: December 10, 2024  Respectfully submitted,
Newark, NJ

DHILLON LAW GROUP, INC.

By: */s/ Krista L. Baughman.*
    Krista L. Baughman, Esq.
    Anthony J. Fusaro, Jr., Esq.
    Dhillon Law Group Inc.
    177 Post St., Suite 700
    San Francisco, CA 94108
    (415) 433-1700

    *Counsel for Dhillon Law Group Amicus*