No. 24-1769

# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

B.A., MOTHER OF MINORS D.A. AND X.A.;
D.A., A MINOR, BY AND THROUGH HIS MOTHER, B.A.;
X.A., A MINOR, BY AND THROUGH HIS MOTHER, B.A.,
*Plaintiffs-Appellants*,

v.

TRI COUNTY AREA SCHOOLS;
ANDREW BUIKEMA, IN HIS INDIVIDUAL CAPACITY;
WENDY BRADFORD, IN HER INDIVIDUAL CAPACITY,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the Western District of Michigan (1:23-cv-00423)

# MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLANTS

Robert Alt
   *Counsel of Record*
Bradley A. Smith
David C. Tryon
Alex M. Certo
J. Simon Peter Mizner
The Buckeye Institute
88 East Broad Street, Suite 1300
Columbus, OH 43215
(614) 224-4422
Robert@BuckeyeInstitute.org

*Attorneys for Amicus Curiae*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rules 26.1 and 29(c) of the Federal Rules of Appellate Procedure, The Buckeye Institute states that it has no parent company and no publicly held company owns 10% or more of its stock.

## MOTION FOR LEAVE TO FILE *AMICUS* BRIEF

Under Federal Rule of Appellate Procedure 29, The Buckeye Institute respectfully moves for leave to file a brief as *amicus curiae* in support of Appellants. The proposed brief accompanies this motion. Counsel for Appellants consented to the filing of this brief. Counsel for *amicus* attempted several times to obtain consent from Appellees' counsel but did not receive a response.

The Buckeye Institute is an independent research and educational institution—a think tank—whose mission is to formulate and promote free-market policy in the states. The Buckeye Institute accomplishes its mission by performing timely and reliable research on key issues, compiling and synthesizing data, formulating free-market policies, and marketing those policy solutions for implementation in Ohio and replication across the country. The Buckeye Institute works to restrain governmental overreach at all levels of government. In fulfillment of that purpose, The Buckeye Institute files lawsuits and submits *amicus* briefs. The Buckeye Institute is a nonpartisan, nonprofit, tax-exempt organization, as defined by I.R.C. section 501(c)(3).

The Buckeye Institute seeks to protect individual liberties, especially those liberties guaranteed by the Constitution of the United States against government overreach. Like the drafters of the First Amendment, The Buckeye Institute believes that free and open debate, without fear of state retribution is vital to a functioning

1

republic. This freedom is perhaps most vital in schools, institutions dedicated to the exchange of ideas, and the training ground for the citizens of a republic. While The Buckeye Institute understands that the Supreme Court has allowed some restrictions on speech in the school context, where the speech at issue does not fall within those limited exceptions, The Buckeye Institute does not believe that it can be banned.

*Amicus* briefs by The Buckeye Institute have been regularly accepted by this Court, other federal courts of appeals, and the United States Supreme Court. Mindful of the role of *amicus curiae*, The Buckeye Institute seeks to provide the Court with additional context regarding the punishment of speech in the school context.

For these reasons, The Buckeye Institute respectfully asks this Court to grant this motion and permit the filing of the attached amicus brief.

Respectfully submitted,

 /s/ Robert Alt
Robert Alt
  *Counsel of Record*
Bradley A. Smith
David C. Tryon
Alex M. Certo
J. Simon Peter Mizner
The Buckeye Institute
88 East Broad Street, Suite 1300
Columbus, OH 43215
(614) 224-4422
Robert@BuckeyeInstitute.org

*Attorneys for Amicus Curiae*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Leave to File *Amicus Brief* was served on all counsel of record via the Court's electronic filing system this 11th day of December 2024.

Respectfully submitted,

/s/ *Robert Alt*
Robert Alt
*Counsel of record for*
*The Buckeye Institute*