UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-1769**

Case Title: **B.A., et al.** vs. **TRI COUNTY AREA SCHOOLS, et al**

List all clients you represent in this appeal:

**Amicus Liberty Justice Center**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☒ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **M.E. Buck Dougherty III**   Signature: s/ **M.E. Buck Dougherty III**

Firm Name: **Liberty Justice Center**

Business Address: **7500 Rialto Blvd. Suite 1-250**

City/State/Zip: **Austin, TX 78735**

Telephone Number (Area Code): **(512) 481-4400**

Email Address: **bdougherty@ljc.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.