UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-1769**

Case Title: **B.A., mother of minors D.A. and X.A.** vs. **Tri County Area Schools**

List all clients you represent in this appeal:

**Parents Defending Education**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **J. Michael Connolly**      Signature: s/ **J. Michael Connolly**

Firm Name: **Consovoy McCarthy PLLC**

Business Address: **1600 Wilson Blvd., Suite 700**

City/State/Zip: **Arlington, Virginia 22209**

Telephone Number (Area Code): **(703) 243-9423**

Email Address: **mike@consovoymccarthy.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17