No. 24-1769

IN THE

# United States Court of Appeals
### FOR THE SIXTH CIRCUIT

B.A., MOTHER OF MINORS D.A. AND X.A., ET AL.
*Plaintiffs-Appellants,*

— v. —

TRI COUNTY AREA SCHOOLS, ET AL.
*Defendants-Appellees.*

*On Appeal from the United States District Court for the Western District of Michigan, Hon. Paul L. Maloney, District Judge, Civil Action No. 1:23-cv-423*

**MOTION OF LINGUISTIC SCHOLARS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF APPELLANTS AND REVERSAL**

| | |
|---|---|
| John F. Bash | Derek L. Shaffer |
| QUINN EMANUEL URQUHART | QUINN EMANUEL URQUHART |
| & SULLIVAN, LLP | & SULLIVAN, LLP |
| 300 West 6th St, Suite 2010 | 1300 I Street NW, 9th Floor |
| Austin, TX 78701 | Washington, D.C. 20005 |
| (737) 667-6100 | (202) 538-8000 |
| johnbash@quinnemanuel.com | derekshaffer@quinnemanuel.com |
| | |
| Marc L. Greenwald | Roey Goldstein* |
| QUINN EMANUEL URQUHART | QUINN EMANUEL URQUHART |
| & SULLIVAN, LLP | & SULLIVAN, LLP |
| 295 5th Ave., 10th Floor | 295 5th Ave., 10th Floor |
| New York, New York 10016 | New York, New York 10016 |
| (212) 849-7140 | (212) 849-7045 |
| marcgreenwald@quinnemanuel.com | roeygoldstein@quinnemanuel.com |

*Admitted in the District of Columbia; not admitted in New York. Supervised by attorney admitted in New York.*

*Counsel for Amici Curiae Linguistic Scholars*

# MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Under Federal Rule of Appellate Procedure 29(a)(3), Dr. Melissa Mohr, Dr. Rebecca Roache, Professor Timothy Jay, Professor John H. McWhorter, and Professor Steven Pinker (collectively, "Linguistic Scholars") respectfully move for leave to submit a brief as *amici curiae* in support of Plaintiffs-Appellants B.A., as mother of minors D.A. and X.A., and D.A. and X.A., minors, by and through their mother, B.A. In support of their motion, Linguistic Scholars state the following:

1. *Amici* Dr. Melissa Mohr, Dr. Rebecca Roache, Professor Timothy Jay, Professor John H. McWhorter, and Professor Steven Pinker are internationally recognized linguistic scholars whose works focus on the linguistics, psychology, and sociology of swearing. Dr. Melissa Mohr is the author of *Holy Sh\*t: A Brief History of Swearing* (2013) and has written articles for major publications about swearing, history, and culture. Dr. Rebecca Roache is a Senior Lecturer in Philosophy at Royal Holloway, University of London, whose work includes the philosophy, ethics, and psychology of swearing. Professor Timothy Jay is Professor Emeritus in psychology at the Massachusetts College of Liberal Arts who is a world-renowned expert on swearing and has published multiple books, chapters, and articles on the subject. Professor John H. McWhorter is an associate professor of English and Comparative Literature at Columbia University who has published multiple books on language and how it changes over time and across cultures. Professor Steven Pinker is the

1

Johnstone Family Professor in the Department of Psychology at Harvard University whose award-winning work focuses on language, cognition, and social relations.

2. Consistent with their work, *amici* have an interest in helping local, state, and federal governments, as well as the general public, understand how language works and the role that swearing plays in society.

3. *Amici* believe that the views set forth in the attached brief would aid this Court in the resolution in this case, which involves the intersection of the First Amendment, school speech, political expression, and swearing. In particular, the district court relied on its understanding of "how language works" with respect to "messages with profane meanings." Opinion & Order, RE 58, Page ID # 965. *Amici* have devoted their professional lives to understanding "how language works" and hope that their unique insights will prove helpful to this Court. Especially given that this case poses important First Amendment questions about the competence and power of school officials to superintend and proscribe political expression by students, there is good warrant to permit the instant submission.

4. Consistent with Federal Rule of Appellate Procedure 29(a)(3), *amici* sought consent from all parties to file this brief. Appellants have consented but Appellees have not responded to requests on December 4, December 10, and December 11, 2024.

For these reasons, Linguistic Scholars respectfully request that the Court grant this motion and allow their participation as *amici curiae* in support of Appellants, and that the Court permit Linguistic Scholars to file the accompanying *amici curiae* brief.

Dated: December 11, 2024

Respectfully submitted,

/s/ *Derek L. Shaffer*
Derek L. Shaffer
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
1300 I Street NW, 9th Floor
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com

John F. Bash
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Marc L. Greenwald
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
295 5th Ave., 10th Floor
New York, New York 10016
(212) 849-7140
marcgreenwald@quinnemanuel.com

Roey Goldstein*
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
295 5th Ave., 10th Floor
New York, New York 10016
(212) 849-7045
roeygoldstein@quinnemanuel.com

*Admitted in the District of Columbia; not admitted in New York. Supervised by attorney admitted in New York.*

*Attorneys for Amici Curiae Linguistic Scholars*

# CERTIFICATE OF SERVICE

I, Derek L. Shaffer, a member of the Bar of this Court, hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: December 11, 2024   */s/ Derek L. Shaffer*
Derek L. Shaffer
*Attorney for Amici Curiae*