Case No. 24-1769

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

B.A., mother of minors D.A. and X.A.;

D.A., a minor, by and through his mother, B.A.;
X.A., a minor, by and through his mother, B.A.,

*Plaintiffs-Appellants,*

v.

TRI COUNTY AREA SCHOOLS;
ANDREW BUIKEMA, in his individual capacity;
WENDY BRADFORD, in her individual capacity,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
for the Western District of Michigan
(1:23-cv-00423)

## MOTION OF FIRST AMENDMENT SCHOLARS
## FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*
## IN SUPPORT OF PLAINTIFFS-APPELLANTS

Michael J. Grygiel
Daniela del Rosario Wertheimer (*Pro hac vice*
   application forthcoming)
CORNELL LAW SCHOOL FIRST
   AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, New York 14853
Tel.: (607) 255-8518

*Attorneys Pro Bono Publico for Amici Curiae*

Proposed *Amici Curiae*, who are nationally recognized First Amendment scholars[1] ("*Amici*"), by and through their undersigned *pro bono publico* counsel, respectfully move this Court for leave to file an *amicus curiae* brief in the above-captioned proceeding pursuant to Federal Rule of Appellate Procedure 29(a)(3). In support of this motion, *Amici* state as follows:

*Amici* scholars have substantial expertise in constitutional law, particularly concerning the free speech rights afforded by the First Amendment. As professors and legal academics with thorough knowledge of how the First Amendment has been applied to the in-school speech of public school students, *Amici* are well positioned to assist this Court in evaluating the important constitutional issues directly implicated by this appeal. *Amici* have a significant interest in the outcome of this case because they are concerned that the decision below impermissibly extends the authority of public school officials to penalize students for expressions of political viewpoints within the school environment that are neither profane nor disruptive to the learning process.

This case asks the Court to consider the limits of public schools' authority to censor student speech within the proverbial "schoolhouse gate" — a right to

---

[1]     A complete list of the *Amici* scholars, including a brief summary of their respective credentials and relevant scholarship, may be found in the attached Appendix. Institutional affiliations are for identification purposes only and do not represent endorsements of the brief by the respective institutions.

expressive liberty established by the U.S. Supreme Court fifty-five years ago in *Tinker v. Des Moines Indep. Cmty. Sch. Dist.*, 393 U.S. 503, 506 (1969). *Amici* seek to file this brief to assist the Court in understanding why censorship of student political speech in the absence of any disruption to the school environment violates the First Amendment, and to explain why the ruling below erodes core constitutional protections for public student speech established in *Tinker*.

Plaintiffs-Appellants have consented to the filing of this *amicus* brief. By emails dated December 6 and December 9, 2024, and in a telephone message left on December 10, 2024, counsel for *Amici* sought the consent of Defendants-Appellees, whose counsel did not respond to these requests. This motion and the accompanying *amicus* brief are therefore being filed within the time allowed by Rule 29(b), because Plaintiffs-Appellants filed their opening brief on December 4, 2024.

For the reasons set forth above, *Amici* respectfully request that the Court grant this motion for leave to file the attached *amicus curiae* brief in this appeal

Dated: December 12, 2024      Respectfully submitted,

Michael J. Grygiel
Daniela del Rosario Wertheimer (*Pro hac vice* application forthcoming)
CORNELL LAW SCHOOL FIRST AMENDMENT CLINIC
Myron Taylor Hall
Ithaca, New York 14853
Tel.: (607) 255-8518

*Attorneys Pro Bono Publico for Amici Curiae*

**CERTIFICATE OF FILING AND SERVICE**

I, Michael J. Grygiel, hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on December 12, 2024. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by appellate CM/ECF system.

Michael J. Grygiel
*Counsel Pro Bono Publico for Amici Curiae*

**APPENDIX**

**Biography of *Amici* Scholars**

**Clay Calvert**

Clay Calvert is Nonresident Senior Fellow at the American Enterprise Institute in Washington, D.C., and Professor Emeritus at the University of Florida where he held a joint appointment as Professor of Law at the Levin College of Law and as Brechner Eminent Scholar in Mass Communication in the College of Journalism and Communications. Professor Calvert has authored or co-authored more than 150 law journal articles on freedom of expression-related topics, including the free speech rights of public-school students.

**Erwin Chemerinsky**

Erwin Chemerinsky became the 13th Dean of Berkeley Law on July 1, 2017, when he joined the faculty as the Jesse H. Choper Distinguished Professor of Law. Prior to assuming this position, from 2008-2017, he was the founding Dean and Distinguished Professor of Law, and Raymond Pryke Professor of First Amendment Law, at University of California, Irvine School of Law. Before that he was the Alston and Bird Professor of Law and Political Science at Duke University from 2004-2008, and from 1983-2004 was a professor at the University of Southern California Law School, including as the Sydney M. Irmas Professor of Public Interest Law, Legal Ethics, and Political Science. From 1980-1983, he was an assistant professor at DePaul College of Law.

Dean Chemerinsky is the author of nineteen books, including leading casebooks and treatises about constitutional law, criminal procedure, and federal jurisdiction. His most recent major books are *Worse than Nothing: The Dangerous Fallacy of Originalism* (2022) and *Presumed Guilty: How the Supreme Court Empowered the Police and Subverted Civil Rights* (2021).

Dean Chemerinsky is also the author of more than 200 law review articles; a contributing writer for the Opinion section of the Los Angeles Times, and writes regular columns for the Sacramento Bee, the ABA Journal and the Daily Journal, and frequent op-eds in newspapers across the country. He frequently argues appellate cases, including in the United States Supreme Court. He received his B.S. at Northwestern University and his J.D. at Harvard Law School.

**Roy S. Gutterman**

An expert on communications law and the First Amendment, Roy Gutterman is director of the Newhouse School's Tully Center for Free Speech at Syracuse University. He is a graduate of the Newhouse School and the Syracuse University College of Law. Mr. Gutterman worked as a reporter for the *Cleveland Plain Dealer* covering local and state government, crime, legal issues and general news. He later clerked for a New Jersey Superior Court judge and practiced business and general litigation. He also holds a courtesy appointment at Syracuse University's College of Law.

Professor Gutterman writes and speaks on media law, free speech, the intersection between courts and journalists and legal education issues. He has delivered lectures at the Communication University of China in Beijing, Fudan University in Shanghai, National Chengchi University in Taipei and Lomonosov Moscow State University in Russia.

**Mary-Rose Papandrea**

Mary-Rose Papandrea joined the Carolina Law faculty in 2015 and serves as the Samuel Ashe Distinguished Professor of Constitutional Law. Her teaching and research interests include constitutional law, media law, civil procedure, national security, and torts. Professor Papandrea is the author of numerous book chapters and articles on media law and First Amendment topics, including universities and speech, government secrecy and the press, public employee speech rights, and government speech. Her work has appeared in the *Michigan Law Review, Northwestern Law Review, and Minnesota Law Review*, among others. She is the co-author of the casebook Media and the Law (2d ed. 2014) (with Lee Levine and David Ardia).

Professor Papandrea attended Yale College and the University of Chicago Law School, where she served as the Topics & Comments Editor of the Chicago Law Review and graduated with High Honors. After law school, Professor Papandrea clerked for Associate Justice David H. Souter of the United States Supreme Court as well as Judge Douglas Ginsburg of the U.S. Court of Appeals for the D.C. Circuit and Judge John G. Koeltl of the U.S. District Court for the Southern District of New York. She practiced law at Williams & Connolly LLP in Washington, D.C. and taught at Boston College Law School prior to joining Carolina Law.

## Joseph A. Tomain

Joseph A. Tomain is a Senior Lecturer at the Maurer School of Law at Indiana University Bloomington where he teaches Information Privacy Law I and II, Contracts, and Internet Law. Professor Tomain has extensive experience in practice, teaching, and scholarship on privacy and free speech rights, particularly in online environments. In addition to his role as Senior Lecturer, Professor Tomain is Director of the Law School's Cybersecurity and Information Privacy Law Program. He is also a Senior Fellow at IU's Center for Applied Cybersecurity Research (CACR). His contributions to the CACR include examining the relationship, and often competing interests, between speech and privacy rights, as well as the cybersecurity implications that must be considered when assessing online privacy.

Professor Tomain's articles have been published in several law journals, including *Drake Law Review, Michigan State Law Review*, and the *University of Cincinnati Law Review*.

Professor Tomain received his undergraduate degree in Government and International Relations at the University of Notre Dame, and his J.D., *cum laude*, at the University of Notre Dame Law School.