UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-1769**

Case Title: **B.A. et al**  vs. **Tri County Schools et al**

List all clients you represent in this appeal:

**Michigan Association of School Boards**

☐ Appellant  ☐ Petitioner  ☒ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Daniel Feinberg**   Signature: s/ **Daniel Feinberg**

Firm Name: **Michigan Association of School Boards**

Business Address: **1001 Centennial Way, Suite 400**

City/State/Zip: **Lansing, Michigan  48917**

Telephone Number (Area Code): **(517) 327 9221**

Email Address: **dfeinberg@gmail.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.