CASE NO. 24-1769

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

B.A., mother of minors D.A. and X.A.;

D.A., a minor, by and through his mother, B.A.;
X.A., a minor, by and through his mother, B.A.,

*Plaintiffs-Appellants,*

v.

TRI COUNTY AREA SCHOOLS;
ANDREW BUIKEMA, in his individual capacity;
WENDY BRADFORD, in her individual capacity,

*Defendants-Appellees*

On Appeal form the United States District Court
for the Western District of Michigan
(1:23-cv-00423)

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS-APPELLEES

Daniel Feinberg (P69956)
    *Counsel of Record*
Brad Banasik (P57420)
MICHIGAN ASSOCIATION
OF SCHOOL BOARDS
1001 Centennial Way, Ste 400
Lansing, MI 48917
(517) 327-5900
dfeinberg@masb.org
    *Attorneys for Amicus Curiae*

# **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, the Michigan Association of School Boards states that it has no parent company and no publicly held company owns 10% or more of its stock.

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Pursuant to Rule 29(a) of the Federal Rules of Appellate Procedure, The Michigan Association of School Boards hereby moves for leave to file a brief as *Amicus Curiae* in support of Defendant-Appellees.

The Michigan Association of School Boards (MASB) is a voluntary, non-profit association consisting of approximately 600 local and intermediate school district boards of education throughout the State of Michigan, which includes nearly all of the state's public school districts. Officially organized in 1949, MASB's goal is to advance the quality of public education in this state, promote high educational program standards, help school board members keep informed about education issues, represent the interest of boards of education, and promote public understanding about school boards and citizens involvement in schools. MASB is recognized as a major voice in influencing education issues at the state level. Consequently, for 75 years, MASB has worked to provide quality educational leadership services for Michigan Boards of Education and to advocate for student achievement and public education.

MASB is filing this *Amicus Curiae* brief to address the contours of our students First Amendment free speech rights as they balance against the responsibilities placed on our schools to strengthen America's representative

democracy through educating children on how to engage in actual political discourse instead of coded, vulgar epithets.

    For these reasons, the Michigan Association of School Boards respectfully asks this Court to grant this motion and permit the filing of the accompanying amicus brief.

                                    Respectfully Submitted,

                                    */s/  Daniel Feinberg*
                                    Daniel Feinberg (P69956)
                                          *Counsel of Record*
                                    Brad Banasik (P57420)
                                    MICHIGAN ASSOCIATION
                                    OF SCHOOL BOARDS
                                    1001 Centennial Way, Ste 400
                                    Lansing, MI 48917
                                    (517) 327-5900
                                    dfeinberg@masb.org
                                          *Attorneys for Amicus Curiae*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 27, 2025, an electronic copy of the foregoing *amicus curiae* brief was filed with the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. The undersigned also certifies all parties in this case are represented by counsel who are registered CM/ECF users and that service of the brief will be accomplished by the CM/ECF system.

Dated: February 28, 2025  /s/ *Daniel Feinberg*
Daniel Feinberg