# CASE NO. 24-1769

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

B.A., mother of minors D.A. and X.A.;

D.A., a minor, by and through his mother, B.A.;
X.A., a minor, by and through his mother, B.A.,

*Plaintiffs-Appellants,*

v.

TRI COUNTY AREA SCHOOLS;
ANDREW BUIKEMA, in his individual capacity;
WENDY BRADFORD, in her individual capacity,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Western District of Michigan
(1:23-cv-00423)

---

## PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF ON APPEAL

---

SARA E. BERINHOUT
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
sara.berinhout@thefire.org

CONOR T. FITZPATRICK
  *Counsel of Record*
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

*Counsel for Appellants*

## UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF ON APPEAL

Pursuant to Fed. R. App. P. 26(b) and 27 and 6 Cir. R. 26, Plaintiffs-Appellants request an enlargement of 14 days to file their Reply brief.

1. Plaintiffs-Appellants Reply Brief is currently due in this Court on or before March 26, 2025.

2. A 14-day extension would make the revised filing deadline April 9, 2025.

3. The undersigned is responsible for the preparation of Plaintiffs-Appellants' Brief.

4. Despite the exercise of due diligence, unforeseen illness and other legal obligations require Counsel for Plaintiffs-Appellants to seek an extension of time to file their Reply brief.

5. Plaintiffs-Appellants sought concurrence from Defendants-Appellees in its requested extension of time. Concurrence was granted.

6. This Motion is not interposed for any improper purpose. The grant of the requested extension of time is in the interest of justice and will not prejudice any party to this appeal.

## **Relief Requested**

For the foregoing reasons, Plaintiffs-Appellants respectfully request an enlargement of time of 14 days within which to file their Reply brief on appeal.

Dated: March 17, 2025   /s/ SARA E. BERINHOUT
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
sara.berinhout@thefire.org

CONOR T. FITZPATRICK
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 17, 2025, an electronic copy of Appellants' Notice of Non-Opposition was filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the CM/ECF system. The undersigned also certifies all parties in this case are represented by counsel who are registered CM/ECF users and that service of the brief will be accomplished by the CM/ECF system.

Dated: March 17, 2025　　　　　　　　　/s/ Sara E. Berinhout
　　　　　　　　　　　　　　　　　　　Sara E. Berinhout
　　　　　　　　　　　　　　　　　　　FOUNDATION FOR INDIVIDUAL
　　　　　　　　　　　　　　　　　　　　RIGHTS AND EXPRESSION