## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: March 21, 2025

Mr. Robert Alt

Ms. Krista Lee Baughman

Ms. Sara Berinhout

Mr. Alex Certo

Mr. Kenneth Bennett Chapie

Mr. John Michael Connolly

Mr. Daniel A. Feinberg

Mr. Conor T. Fitzpatrick

Mr. Michael J. Grygiel

Mr. Jacob H. Huebert

Mr. Matthew Kudzin

Mr. James Mizner

Mr. Timothy John Mullins

Mr. Timothy Rosenberger Jr.

Mr. Derek L. Shaffer

Mr. Ilya Shapiro

Ms. Annabel Frances Shea

Mr. Bradley A. Smith

Mr. David Christian Tryon

      Re:  Case No. 24-1769, *B.A., et al v. Tri County Area Schools, et al*
           Originating Case No.  1:23-cv-00423

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been **GRANTED**.  The reply brief is now due **April 9, 2025**.

                                           Sincerely yours,

                                           s/Monica M. Page
                                           Case Manager
                                           Direct Dial No. 513-564-7021