# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): **24-1769**

2. Case Caption (Short Title): **B.A., et al. v. Tri County Area Schools, et al.**

3. Argument is scheduled for **1:00 p.m.** (time) on **Thursday, June 12, 2025,** (day, date) and will be held:
   - [✓] Live (In Person)
   - [ ] by Video
   - [ ] by Telephone

4. I, **Conor T. Fitzpatrick**, will be presenting argument on behalf of:
   - [✓] Appellant / Petitioner
   - [ ] Amicus Curiae
   - [ ] Other (please specify below):
   - [ ] Appellee / Respondent
   - [ ] Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Plaintiffs-Appellants D.A. and X.A., minors, by and through B.A.

6. Minutes reserved for rebuttal (appellant / petitioner only): **3** (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____
   B. Total number of minutes (in whole minutes only) to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
   D. Your assigned minutes (in whole minutes only): ____

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   <u>Docketing Instructions</u>:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*