Case No. 24-1769

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

B.A., mother of minors D.A. and X.A

D.A., a minor, by and through his mother, B.A.; X.A., a minor, by and through his mother, B.A.

      Plaintiffs - Appellants

v.

TRI COUNTY AREA SCHOOLS; ANDREW BUIKEMA, in his individual capacity; WENDY BRADFORD, in her individual capacity

      Defendants – Appellees

      Upon consideration of the motions of Dhillon Law Group, Inc., Young America's Foundation, Hamilton Lincoln Law Institute, Manhattan Institute, Buckeye Institute, Liberty Justice Center, Dr. Melissa Mohr, Dr. Rebecca Roache, Professor Timothy Jay, Professor John H. McWhorter, Professor Steven Pinker, National Coalition Against Censorship, Parents Defending Education, First Amendment Scholars, and Michigan Association of School Boards to file an amicus brief,

      It is **ORDERED** that the motions are **GRANTED**.

                        **ENTERED BY ORDER OF THE COURT**
                        Kelly L. Stephens, Clerk

Issued: May 15, 2025