**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 14, 2025

Mr. Robert Alt
Mr. Alex Certo
Mr. James Mizner
Mr. David Christian Tryon
The Buckeye Institute Ohio
88 E. Broad Street, Suite 1300
Columbus, OH 43215

Ms. Krista Lee Baughman
Dhillon Law Group
177 Post Street, Suite 700
San Francisco, CA 94108

Ms. Sara Berinhout
Foundation for Individual Rights and Expression
1408 Beacon Street
Brookline, MA 02446

Mr. Kenneth Bennett Chapie
Mr. Timothy John Mullins
Ms. Annabel Frances Shea
Giarmarco, Mullins & Horton
101 W. Big Beaver Road
Tenth Floor, Columbia Center
Troy, MI 48084

Mr. John Michael Connolly
Consovoy McCarthy
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

Mr. Daniel A. Feinberg
Michigan Association of School Boards
1001 Centennial Way, Suite 400
Lansing, MI 48917-9279

Mr. Conor T. Fitzpatrick
Foundation for Individual Rights in Education
General Counsel
700 Pennsylvania Avenue, S.E., Suite 340
Washington, DC 20003

Mr. Michael J. Grygiel
Greenberg Traurig
54 State Street, Sixth Floor
Albany, NY 12207

Mr. Jacob H. Huebert
Liberty Justice Center
7500 Rialto Boulevard, Suite 1-250
Austin, TX 78735

Mr. Matthew Kudzin
Covington & Burling
850 Tenth Street, N.W.
One CityCenter
Washington, DC 20001

Mr. Timothy Rosenberger Jr.
Mr. Ilya Shapiro
Manhattan Institute
52 Vanderbilt Avenue
New York, NY 10017

Mr. Derek L. Shaffer
Quinn, Emanuel, Urquhart & Sullivan
1300 I Street, N.W., Suite 900
Washington, DC 20005

Mr. Bradley A. Smith
Bradley A. Smith Law
10827 Vans Valley Road
Galena, OH 43023

Re:  Case No. 24-1769, *B.A., et al. v. Tri County Area Schools, et al.*
     Originating Case No. : 1:23-cv-00423

Dear Counsel,

   The court today announced its decision in the above-styled case.

  Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                Yours very truly,

                Kelly L. Stephens, Clerk

                Laurie A Weitendorf
                Deputy Clerk

cc: Ms. Ann E. Filkins

Enclosures

Mandate to issue.