**CASE NO. 24-1769**

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

B.A., mother of minors D.A. and X.A.;

D.A., a minor, by and through his mother, B.A.;
X.A., a minor, by and through his mother, B.A.,

*Plaintiffs-Appellants,*

v.

TRI COUNTY AREA SCHOOLS;
ANDREW BUIKEMA, in his individual capacity;
WENDY BRADFORD, in her individual capacity,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
for the Western District of Michigan
(1:23-cv-00423)

_____

**APPELLANTS' UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE PETITION FOR REHEARING *EN BANC***

_____

SARA E. BERINHOUT
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
sara.berinhout@thefire.org

CONOR T. FITZPATRICK
  *Counsel of Record*
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

*Counsel for Appellants*

Plaintiffs-Appellants D.A. and X.A., by and through their mother B.A., through counsel and pursuant to Fed. R. App. P. 40(d)(1), 6 Cir. R. 40(a), and 6 Cir. I.O.P. 40(d), file this motion requesting a 15-day extension of the deadline for filing their anticipated petition for rehearing *en banc*, to and through Wednesday, November 12, 2025. In support, they state:

1. The panel in this matter issued its opinion on October 14, 2025, affirming summary judgment in favor of Defendants-Appellees. Pursuant to Fed. R. App. P. 40(d)(1), a petition for rehearing *en banc* is due on or before October 28, 2025.

2. D.A. and X.A. intend to file such a petition based on the circuit splits the panel's decision creates, the panel's reliance on a prior decision of this Court which at least one other circuit has held was superseded by Supreme Court precedent, and the decision's substantial First Amendment implications for every public school student in this Circuit.

3. D.A. and X.A.'s counsel have several significant professional and personal obligations between now and the current October 28 deadline. Those obligations will prevent counsel from adequately

devoting their attention to producing a petition that assists the Court in its important decision of whether to grant *en banc* review.

4. D.A. and X.A. and their counsel respectfully suggest this is a compelling reason to grant a brief extension. 6. Cir. R. 40(a). They ask this Court to extend their deadline for filing a petition for rehearing *en banc* by 15 days, to and through November 12, 2025, which will aid them tremendously in properly setting forth the arguments in favor of granting their petition for *en banc* review.

5. The requested extension is reasonable in length and will neither prejudice Appellees nor unreasonably delay this Court's processing of D.A. and X.A.'s anticipated petition. D.A. and X.A.'s counsel have consulted with Appellees' counsel who does not object to this motion.

WHEREFORE, Appellants D.A. and X.A. ask this Court to extend by 15 days the deadline for them to file a petition for rehearing *en banc*, to and through Wednesday, November 12, 2025.

Dated: October 21, 2025                    Respectfully submitted,

/s/ Conor T. Fitzpatrick

CONOR T. FITZPATRICK
   *Counsel of Record*

FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

SARA E. BERINHOUT
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
sara.berinhout@thefire.org

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

This motion was served upon counsel for Appellees by notice of electronic filing with the Sixth Circuit CM/ECF system.


Dated: October 21, 2025

/s/ Conor T. Fitzpatrick
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION