**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 23, 2025

Mr. Conor T. Fitzpatrick
Foundation for Individual Rights in Education
General Counsel
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

    Re: Case No. 24-1769
        *B.A., et al v. Tri County Area Schools, et al*
        Originating Case No. 1:23-cv-00423

Dear Mr. Fitzpatrick,

   The court has granted the motion for an extension of time in which to file a petition for rehearing en banc.

   Your petition is to be filed no later than the close of business on Wednesday, **November 12, 2025**.

   No further extensions will be granted.

                                                   Sincerely yours,

                                                    s/Kelly Stephens
                                                    En Banc Coordinator: Beverly
                                                    Direct Dial No. 513-564-7077

cc: Mr. Robert Alt
     Ms. Krista Lee Baughman
     Ms. Sara Berinhout
     Mr. Alex Certo
     Mr. Kenneth Bennett Chapie

Mr. John Michael Connolly
Mr. Daniel A. Feinberg
Mr. Michael J. Grygiel
Mr. Jacob H. Huebert
Mr. Matthew Kudzin
Mr. James Mizner
Mr. Timothy John Mullins
Mr. Timothy Rosenberger Jr.
Mr. Derek L. Shaffer
Mr. Ilya Shapiro
Ms. Annabel Frances Shea
Mr. Bradley A. Smith
Mr. David Christian Tryon