UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-1769**

Case Title: **BA, mother of minors DA and XA, et al.** vs. **Tri County Area Schools, et al.**

List all clients you represent in this appeal:

**Tri County Area Schools**
**Andrew Buikema**
**Wendy Bradford**

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee         ☐ Respondent        ☐ Intervenor                   (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Erin M. Sielaff**        Signature: s/ **Erin M. Sielaff**

Firm Name: **Williams & Connolly LLP**

Business Address: **680 Maine Avenue SW**

City/State/Zip: **Washington, DC 20024**

Telephone Number (Area Code): **(202) 434-5000**

Email Address: **esielaff@wc.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---