No. 24-1769

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Dec 2, 2025
KELLY L. STEPHENS, Clerk
```

| | |
|---|---|
| B. A., mother of minors D. A. and X. A.,<br><br>    Plaintiff,<br><br>D. A. and X. A., minors, by and through their mother, B. A.,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>TRI COUNTY AREA SCHOOLS; ANDREW BUIKEMA and WENDY BRADFORD, in their individual capacities,<br><br>    Defendants-Appellees. | O R D E R |

**BEFORE:** MOORE, BUSH, and NALBANDIAN, Circuit Judges.

Upon consideration of the motion of Buckeye Institute for leave to file a brief as amicus curiae in support of the petition for rehearing en banc,

It is ORDERED that the motion is GRANTED.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk