# CASE NO. 24-1769

## IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

B.A., mother of minors D.A. and X.A.;

D.A., a minor, by and through his mother, B.A.;
X.A., a minor, by and through his mother, B.A.,

*Plaintiffs-Appellants,*

v.

TRI COUNTY AREA SCHOOLS;
ANDREW BUIKEMA, in his individual capacity;
WENDY BRADFORD, in her individual capacity,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the Western District of Michigan
(1:23-cv-00423)

---

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF APPELLANTS' PETITION FOR REHEARING AND REHEARING EN BANC

---

SARA E. BERINHOUT
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
sara.berinhout@thefire.org

CONOR T. FITZPATRICK
  *Counsel of Record*
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

*Counsel for Appellants*

Under Federal Rule of Appellate Procedure 40 and Sixth Circuit Rule 40, Plaintiffs-Appellants D.A. and X.A., by and through their mother B.A., respectfully request leave to file the attached reply in support of their petition for rehearing en banc. Neither the Federal Rules of Appellate Procedure nor this Court's rules address replies in support of en banc petitions. But the rules generally give parties seeking relief an opportunity to reply to any opposition to the relief being sought. *See, e.g.*, Fed. R. App. P. 27(a)(4), 28(c). Indeed, Federal Rule of Appellate Procedure 27 was amended in 1998 with new section 27(a)(4) to allow a party who submits a motion to file a reply to any response. *See* Fed. R. App. P. 27 advisory committee's note to 1998 amendment.

To that end, this Court routinely grants leave to file replies in support of en banc petitions. *See, e.g.*, Order, *Preterm-Cleveland v. McCloud*, 994 F.3d 512 (6th Cir. 2019) (No. 18-3329), Dkt. No. 75; Order, *CIC Services, LLC v. IRS*, 936 F.3d 501 (6th Cir. 2019) (No. 18-5019), Dkt. No. 63; Order, *United States v. Havis*, 927 F.3d 382 (6th Cir. 2019) (No. 17-5772), Dkt. No. 66. Consistent with that approach, in a recent school speech case, this Court permitted the party petitioning for en banc review to file a reply in support of their petition. Order, *Defending Educ.*

1

*v. Olentangy Loc. Sch. Dist.*, 158 F.4th 732 (6th Cir. 2025) (No. 23-3630), Dkt. No. 130.

Here, Plaintiffs seek leave to file a three-page reply to address Defendants' newly retained counsel's discussion of controlling case law, including the Supreme Court's seminal decision in *Tinker v. Des Moines*, as well as Defendants' new 42-page appendix cataloguing information and documents not contained within the record. The proposed reply is short and filed quickly (two days after Defendants' Response). It is also narrowly focused to address a few key issues and facilitate the Court's analysis of the fundamental constitutional questions presented. The proposed reply therefore would not prejudice Defendants. Defendants' counsel informed Plaintiffs' counsel that they take no position on this motion.

Plaintiffs therefore respectfully request leave to file the accompanying three-page reply in support of their en banc petition.

Dated: December 3, 2025　　　　/s/ Conor T. Fitzpatrick

CONOR T. FITZPATRICK
  *Counsel of Record*
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, D.C. 20003
(215) 717-3473
conor.fitzpatrick@thefire.org

SARA E. BERINHOUT
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
sara.berinhout@thefire.org

*Counsel for Appellants*

3

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

This motion complies with the type-volume limitation of Rule 27(d)(2) of the Federal Rules of Appellate Procedure because it contains 364 words. This motion also complies with the typeface and type-style requirements of Rule 35(a)(5) of the Federal Rules of Appellate Procedure because it has been prepared in proportionally spaced typeface using Microsoft Word in Century Schoolbook, 14-point font.

Dated: December 3, 2025 　　　　　　　/s/ Conor T. Fitzpatrick
　　　　　　　　　　　　　　　　　　　Conor T. Fitzpatrick
　　　　　　　　　　　　　　　　　　　FOUNDATION FOR INDIVIDUAL
　　　　　　　　　　　　　　　　　　　　RIGHTS AND EXPRESSION

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 3, 2025, an electronic copy of the Motion for Leave to File Reply in Support of Appellants' Petition for Rehearing and Rehearing En Banc was filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the CM/ECF system. The undersigned also certifies all parties in this case are represented by counsel who are registered CM/ECF users and that service of the motion will be accomplished by the CM/ECF system.

Dated: December 3, 2025   /s/ Conor T. Fitzpatrick
                                                        Conor T. Fitzpatrick
                                                        FOUNDATION FOR INDIVIDUAL
                                                           RIGHTS AND EXPRESSION