No. 24-1769

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Dec 19, 2025
KELLY L. STEPHENS, Clerk
```

| | |
|---|---|
| B. A., mother of minors D. A. and X. A., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| D. A. and X. A., minors, by and through their mother, B. A., | ) |
| | ) |
|     Plaintiffs-Appellants, | ) |
| | ) |
| v. | ) |
| | ) |
| TRI COUNTY AREA SCHOOLS; ANDREW BUIKEMA and WENDY BRADFORD, in their individual capacities, | ) |
| | ) |
|     Defendants-Appellees. | ) |

O R D E R

Upon consideration of the appellant's motion for leave to file a reply in support of the petition for rehearing en banc,

It is ORDERED that the motion is GRANTED.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk