No. 24-1769

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Dec 26, 2025

KELLY L. STEPHENS, Clerk

B. A., mother of minors D. A. and X. A.,                        )
                                                               )
     Plaintiff,                                            )
                                                               )
D. A. and X. A., minors, by and through their                  )
mother, B. A.,                                                 )     O R D E R
                                                               )
     Plaintiffs-Appellants,                                )
                                                               )
v.                                                             )
                                                               )
TRI COUNTY AREA SCHOOLS; ANDREW                                )
BUIKEMA and WENDY BRADFORD, in their                           )
individual capacities,                                         )
                                                               )
     Defendants-Appellees.                                 )

**BEFORE:** MOORE, BUSH, and NALBANDIAN, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied. Judge Bush would grant rehearing for the reasons stated on his dissent.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk